## NICOLOPOLE *v.* LOVE (1).

---

No. 2430.   Submitted October 21, 1912.   Decided November 4, 1912.

MOTION to dismiss appeal for want of sufficient assignment of errors.                                           *Denied.*

D. C.] Syllabus.

*Mr. J. J. Darlington* and *Mr. W. C. Sullivan* for the motion.

*Mr. C. C. Calhoun* and *Mr. J. Barrett Carter* opposed.

Mr. Chief Justice SHEPARD delivered the opinion of the Court:

Appellee, Thomas B. Love, moves to dismiss the appeal on the ground that the assignment of errors is not in compliance with the rule regulating the same.

The situation disclosed by the record is analogous to that presented in the case of *Noble* v. *Crane,* recently decided (*ante,* 252). The motion is denied. *Motion Denied.*